# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIAN ALBERTO ELIPINALI,<br><br>Defendant. | Case No. 21-CR-0865-CAB<br><br>**ORDER AND JUDGMENT ON MOTION TO DISMISS THE COMPLAINT/INFORMATION WITHOUT PREJUDICE** |

Upon good cause shown, IT IS HEREBY ORDERED the United States of America's Motion to Dismiss the Information (ECF No. 15) and underlying Complaint, without prejudice, is GRANTED. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: ____4/5/2021_____      _____

Hon. Cathy Ann Bencivengo
United States District Judge